David M. Church
Attorney for Plaintiff
The Disability Law Office, PLLC
P.O. Box 3504
Silverdale, WA  98383
Telephone: (360) 204-3274

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN D. CARPENTER,<br><br>               Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner, Social<br>Security Administration,<br><br>               Defendant. | Civil Action No. 3:12-cv-05533-RBL<br><br>ORDER GRANTING<br>MOTION FOR AWARD<br>OF ATTORNEY FEES<br>PURSUANT TO THE<br>EQUAL ACCESS TO JUSTICE ACT,<br>28 U.S.C. §2412(d) |

Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412, Plaintiff has asked for an award of attorney's fees in the amount of $7,262.20 for 39.4 hours of work on this case in federal court.  This Court hereby finds that an award of EAJA fees is appropriate because the government's position was not substantially justified, the plaintiff is the prevailing party, and no special circumstances make an award of fees unjust.  The Court further finds that the requested fee is reasonable and that the amount of time spent by Plaintiff's attorney was necessary to provide quality representation.  Accordingly, Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act is hereby GRANTED.

Order Granting
Motion for EAJA Fees - 1

The Disability Law Office, PLLC
PO Box 3504
Silverdale, WA  98383
Ph:  (360) 204-3274
Fax:  (888) 550-6122

Plaintiff is awarded $7,262.20 in EAJA fees.  If the award is not offset pursuant to the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521, 560 U.S. ____ (2010), payment shall be made to Plaintiff's attorney.

Dated this 23rd day of July, 2013.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:
/s/David M. Church, WSBA# 36899
Attorney for Plaintiff

Order Granting
Motion for EAJA Fees - 2